JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE REED McCOY, | Case No. 8:19-CV-00575 |
| Plaintiff, | Honorable Andre Birotte Jr. |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| AETNA LIFE INSURANCE COMPANY; and THE LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ANDERSEN WORLDWIDE SC, | Trial Date: June 30, 2020 |
| | Complaint filed: March 26, 2019 |
| Defendants. | |

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1019376\306963710.v1

After consideration of Plaintiff Michelle Reed McCoy ("Plaintiff") and Defendants Aetna Life Insurance Company ("Aetna") and the Long Term Disability Plan for Employees of Andersen Worldwide SC's (the "Plan") respective briefs, the argument of counsel at the June 30, 2020 Court Trial and the Administrative Record, the Court finds that under *de novo* review, Plaintiff has not established, by the preponderance of the evidence, that she is still "totally disabled" under the Plan. The Court therefore affirms Aetna's decision to terminate long term disability benefits to Plaintiff. The Court's factual findings and reasoning are set forth in detail in its October 28, 2020 Findings of Fact and Conclusions of Law (Docket No. 45).

In light of the foregoing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. That Judgment is entered in favor of Aetna and the Plan and against Plaintiff;

2. That Plaintiff shall take nothing by way of her Complaint;
3. That the parties are to bear their own costs; and
4. That this case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 19, 2020

_____
ANDRE BIROTTE, JR.
U.S. DISTRICT COURT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

208596641_1 LAW

1

1019376\306963710.v1